**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**THOMAS QUINN, et al.,**

    **Plaintiffs,**

    **v.**                               **CASE NO.  25-3085-JWL**

**STATE OF KANSAS, et al.,**

    **Defendants.**


**MEMORANDUM AND ORDER**

Plaintiffs bring this pro se civil rights action under 42 U.S.C. § 1983.  The Plaintiffs are: Thomas Quinn; Daniel Logsdon; Damerius McGee; Travis Layne; James Watkins; and Alonzo Lax, Jr.  At the time of filing, all Plaintiffs were in custody at the Riley County Jail in Manhattan, Kansas ("RCJ").  The Court has since received return mail indicating that Plaintiff Alonzo Lax, Jr., is no longer housed at the RCJ and is now incarcerated at the El Dorado Correctional Facility. (Doc. 12.)

On June 11, 2025, the Court entered a Memorandum and Order to Show Cause (Doc. 11) ("MOSC") granting Plaintiffs until July 11, 2025, to show good cause why the Complaint should not be dismissed for the reasons set forth in the MOSC.  The MOSC provides that "[f]ailure to respond by the deadline may result in dismissal of this case without further notice."  (Doc. 11, at 11.)  None of the Plaintiffs have filed a response to the MOSC by the Court's deadline.

The Court found in the MOSC that the Court may be prohibited from hearing Plaintiffs' claims regarding their state court proceedings under *Younger v. Harris*, 401 U.S. 37, 45 (1971). The Court also found that violation of a state statute is not grounds for relief under § 1983; the State of Kansas and its agencies are entitled to Eleventh Amendment immunity; the state court

judges are entitled to judicial immunity; the county prosecutors are entitled to prosecutorial immunity; and to the extent Plaintiffs seek to have their state criminal case dismissed such relief must be sought in a habeas corpus proceedings.

Plaintiffs have failed to respond to the Court's MOSC by the Court's deadline and have failed to show good cause why the Complaint should not be dismissed for the reasons set forth in the Court's MOSC.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is **dismissed without prejudice.**

**IT IS SO ORDERED**.

**Dated July 18, 2025, in Kansas City, Kansas.**

<u>**S/ John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**